UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IRS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 16-0226-CM |
| | ) | |
| MICHONG O'CONNOR, | ) | |
| | ) | |
| Respondent. | ) | |

### **ORDER**

Michong O'Connor, proceeding pro se, has initiated this miscellaneous civil action seeking to quash a subpoena presumably issued by the Internal Revenue Service (ECF No. 1). The motion to quash is unaccompanied by a copy of the subpoena in dispute, and the motion is devoid of any information as to why the subpoena should be quashed. Accordingly, the motion to quash is denied.

Ms. O'Connor is hereby informed that, within 14 days after she is served with a copy of this order, she may, pursuant to Fed. R. Civ. P. 72 and D. Kan. Rule 72.1.4(a), file written objections to this order by filing a motion requesting that the presiding U.S. district judge review this order. A party must file any objections within the 14-day period if the party wants to have appellate review of this order.

IT IS SO ORDERED.

Dated December 20, 2016, at Kansas City, Kansas.

  s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge